UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HON. ROY S. MOORE, Chief Justice of the Supreme Court of Alabama<br><br>Plaintiff,<br><br>v.<br><br>JUDICIAL INQUIRY COMMISSION OF THE STATE OF ALABAMA; BILLY C. BEDSOLE, in his official capacity as Chairman of the Judicial Inquiry Commission of the State of Alabama; DAVID SCOTT, HON. RANDALL L. COLE, HON. CRAIG S. PITTMAN, DAVID THRASHER, RALPH D. MALONE, AUGUSTA S. DOWD, HON. KIM J. CHANEY, and HON. DAVID A. KIMBERLEY, in their official capacities as Members of the Judicial Inquiry Commission of the State of Alabama; LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama; and HON. LYN STUART, in her official capacity as Acting Chief Justice of the Supreme Court of Alabama,<br><br>Defendants. | CIVIL ACTION<br><br>CASE NO. 2:16-cv-388-WHA |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Hon. Roy S. Moore, Chief Justice of the Alabama Supreme Court ("Chief Justice Moore" or "Plaintiff"), by and through his undersigned counsel, hereby moves for an order from this Court entering preliminary injunctive relief against Defendants Judicial Inquiry Commission of the State of Alabama ("JIC"); Billy C. Bedsole, in his official capacity as Chairman of the JIC ("Bedsole"); David Scott ("Scott"), Hon. Randall L. Cole ("Judge Cole"), Hon. Craig S. Pittman ("Judge Pittman"), David Thrasher

("Thrasher"), Ralph Malone ("Malone"), Augusta S. Dowd ("Dowd"), Hon. Kim J. Chaney ("Judge Chaney"), and Hon. David A. Kimberly ("Judge Kimberley"), in their official capacities as members of the JIC; Luther Strange, III, in his official capacity as Attorney General of the State of Alabama ("Atty. Gen. Strange"); and Hon. Lyn Stuart, in her official capacity as Acting Chief Justice of the Alabama Supreme Court ("Justice Stuart") (collectively, "Defendants").

As more fully described in Chief Justice Moore's supporting memorandum of law, which is incorporated by reference here, Chief Justice Moore is entitled to preliminary injunctive relief against Defendants enjoining them from enforcing Section 159 of the Alabama Constitution against Chief Justice Moore. That state constitutional provision violates the due process and other constitutional rights of judges protected by the United States Constitution, both on its face and as applied, because it automatically disqualifies them from office without providing notice or a meaningful opportunity to be heard. This provision is triggered by the mere act of the JIC filing a complaint against a judge and summarily suspends that judge indefinitely from his or her office, regardless of the substance or merit (or lack thereof) of that complaint, and even though any final penalty may be far less drastic. The provision deprives Alabama judges of their constitutionally-protected property and liberty interests in their judicial offices. The injury caused by the lost time of service in office is irreparable.

Chief Justice Moore is likely to succeed on the merits of his due process claims under the Fourteenth Amendment and this Court is the proper forum to obtain timely and adequate relief on those claims. Moreover, because an adequate state forum does not exist to pursue the federal constitutional claims, this Court should not abstain from deciding this case on its merits. Also, granting the preliminary injunctive relief will prevent ongoing irreparable harm to Chief Justice Moore but will not irreversibly harm others, including the Defendants here. Finally, it is in the

public's interest to grant the injunction to protect Chief Justice Moore's own due process rights and to protect the overall administration of justice in the Alabama Supreme Court and the Alabama judicial system.

WHEREFORE, Plaintiff Hon. Roy S. Moore respectfully requests that this Court enter an order for preliminary injunctive relief against Defendants in the form of the proposed order attached hereto.

Dated: May 27, 2016

Respectfully Submitted,

/s/ Phillip L. Jauregui
Phillip L. Jauregui
**JUDICIAL ACTION GROUP**
7013 Lake Run Drive
Birmingham, AL 35242
(202) 216-9309 (tel)
plj@judicialactiongroup.com

Mathew D. Staver (FL Bar 0701092)[†]
Horatio G. Mihet (FL Bar 0026581)[†]
**LIBERTY COUNSEL**
P.O. Box 540774
Orlando, FL 32854-0774
(407) 875-1776 (tel)
(407) 875-0770 (fax)
court@lc.org
hmihet@lc.org
[†]Motion for admission *pro hac vice* forthcoming

*Attorneys for Plaintiff Hon. Roy S. Moore, Chief Justice of the Supreme Court of Alabama*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed in this Court and will be served upon the named Defendants in accordance with Federal Rule of Civil Procedure 4.

DATED: May 27, 2016

Phillip L. Jauregui
*Attorney for Plaintiff Hon. Roy S. Moore*